UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : docket no. 3:19MJ776 (DFM) |
| | : |
| MICHAEL STEVENS, | : June 12, 2019 |
|       Defendant. | |

### MOTION TO CONTINUE PROBABLE CAUSE HEARING

*Introduction:*  This is a motion to continue the probable cause hearing in the above-captioned case for one month, to a time convenient to the Court.  The government does not oppose the granting of this motion.

*Factual and procedural background:*  Michael Stevens' case is somewhat more complex procedurally than the run-of-the-mill arrest.  Mr. Stevens was arrested in the District of Connecticut by state authorities, in whose custody he is held.  Federal authorities filed a criminal complaint against Mr. Stevens on May 13 and Magistrate Judge Martinez issued a warrant for his arrest.  He was charged with counterfeiting and conspiracy to counterfeit.  The charges on which he was arrested by state authorities were also based on counterfeiting allegations.

In addition to Connecticut state and federal prosecutions, an indictment has been returned against Mr. Stevens in the Eastern District of Virginia.  Not surprisingly, the indictment alleges counterfeiting.

At presentment, we asked the Court to schedule the probable cause hearing on the complaint for a date twenty days thence and the Court granted our request and scheduled the hearing for June 14, 2019.

*Discussion:*  From a defense point of view, all of this creates a challenge: how best to resolve the three pending prosecutions in a manner that is most merciful to Mr. Stevens. That period has not been sufficient to resolve the matter with any prosecutorial authority, and rather than forcing the government to take the matter to the grand jury and seek the return of an indictment, it is in Mr. Stevens' best interest to move to continue the hearing in order to allow discussions with the various prosecutorial authorities to proceed.  We have therefore requested

that the Court continue the probable cause hearing in the above-captioned case for a period of approximately a month, to a time convenient to the Court.

The undersigned has discussed this matter with AUSA Michael Gustafson and the government does not oppose the granting of this motion.

                                            Respectfully submitted,

                                            s/s

                                        JEREMIAH DONOVAN
                                        123 Elm Street--Unit 400
                                        P.O. Box 554
                                        Old Saybrook, CT 06475
                                        (860) 388-3750
                                        FAX 388-3181
                                        Juris no. 305346
                                        Fed.bar.no. CT 03536
                                        jeremiah_donovan@sbcglobal.net

## **[PROPOSED] ORDER**

The motion set forth above having been duly considered, it is hereby

        GRANTED / DENIED


                                        _____
                                        DONNA F. MARTINEZ
                                        UNITED STATES DISTRICT
                                        MAGISTRATE-JUDGE